IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00241-CMA-BNB

MICHAEL GENE YOUNG,

   Plaintiff,

v.

KELLY WASKO, RN #11845, and
MICHAEL AASEN, MD #11975,

   Defendants.

---

**ORDER ADOPTING AND AFFIRMING MAY 1, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Plaintiff's Motion for an Injunction (Doc. # 13), filed April 23, 2009. The motion was referred to Magistrate Judge Boyd N. Boland for a Recommendation by Order of Reference dated April 24, 2009. Magistrate Judge Boland issued a Recommendation on May 1, 2009 that the above-referenced motion be denied. (Recommendation at 1.) The Recommendation is incorporated herein by reference. See 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 3.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it

deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). I agree that the above-referenced motion for an injunction should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 18), filed May 1, 2009, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Motion for an Injunction (Doc. # 13), filed April 23, 2009 is DENIED.

DATED:  May   29  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge