## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-00241-CMA-BNB

MICHAEL GENE YOUNG,

    Plaintiff,

v.

KELLY WASKO, RN #11845, and
MICHAEL AASEN, MD #11975,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. # 27). The Court having considered the Motion, hereby

ORDERS that this action be **DISMISSED WITHOUT PREJUDICE**.

DATED: September  28 , 2009

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge